CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN 335352
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
clairec@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | Case No.: 4:21-cv-01815-JST |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Fresh Society, Inc., | |
| Defendants, | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: December 16, 2022          CENTER FOR DISABILITY ACCESS

_____/s/ Claire Cylkowski_____
Claire Cylkowski
Attorney for Plaintiff