CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN 335352
Krista Hemming, Esq., SBN 304213
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
clairec@potterhandy.com
Attorneys for Plaintiff

Katherine Renee Moore
kate.moore@katemoorelaw.com
Law Office of Katherine R Moore, PC
600 Allerton Street, Suite 202,
Redwood City, CA 94063
Telephone: 650-995-7312
Facsimile: 650-995-7862
Attorneys for Defendants
Fresh Society, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Fresh Society, Inc., and Does 1-10,**<br><br>    Defendants | Case No.: 4:21-cv-01815-JST<br><br>**JOINT STIPULATION TO EXTEND DATE FOR FILING DISMISSAL** |

Plaintiff Brian Whitaker ("Plaintiff") and Defendants Fresh Society, Inc. ("Defendants") hereby stipulate to extend the deadline to file Dismissal to March 21, 2023. The parties are still in the process of exchanging the draft agreement in an effort towards its finalization. Therefore, the additional time

is required to finalize the agreement, collect signatures and to comply with the terms of the agreement.

Dated: 2/21/2023                              CENTER FOR DISABILITY ACCESS

                                              By: /s/ Claire Cylkowski
                                              Claire Cylkowski
                                              Attorney for Plaintiff

Dated: 2/21/2023                              Law Office of Katherine R Moore, PC

                                              By: /s/Katherine Renee Moore
                                              Katherine Renee Moore
                                              Attorneys for Defendants
                                              Fresh Society, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Katherine Renee Moore, counsel for Fresh Society, Inc., and that I have obtained Attorney Moore's authorization to affix his electronic signature to this document.

Dated: 2/21/2023                              CENTER FOR DISABILITY ACCESS

                                              By: /s/ Claire Cylkowski
                                              Claire Cylkowski
                                              Attorney for Plaintiff